1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11   MARIO B. GONZALEZ,                )        1:04-CV-06483-OWW-SMS-P
                                       )
12        Plaintiff,                   )        ORDER GRANTING EXTENSION OF
                                       )        TIME TO FILE OBJECTIONS
13        v.                           )        (DOCUMENT #10)
                                       )
14   SMITH, et al.,                    )
                                       )
15                                     )
          Defendants.                  )
16   ──────────────────────────────────)

17        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On

18   May 3, 2006, plaintiff filed a motion to extend time to file objections to the Magistrate's findings and

19   recommendations of March 10, 2006.  Good cause having been presented to the court and GOOD

20   CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21        Plaintiff is granted thirty days from the date of service of this order in which to file objections

22   to the findings and recommendations.

23   IT IS SO ORDERED.

24   **Dated:    June 5, 2006**            _____**/s/ Sandra M. Snyder**_____
     b6edp0                               UNITED STATES MAGISTRATE JUDGE
25
26
27
28