1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   MARIO B. GONZALEZ,                    )        1:04-CV-06483-OWW-SMS-P
                                           )
12        Plaintiff,                       )        ORDER GRANTING SECOND
                                           )        EXTENSION OF TIME TO FILE
13        v.                               )        OBJECTIONS
                                           )        (DOCUMENT #12)
14   SMITH, et al.,                        )
                                           )
15                                         )
          Defendants.                      )
16   _____ )

17        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On

18   July 19, 2006, plaintiff filed a motion for a second extension of time to file objections to the Magistrate's

19   findings and recommendations of March 10, 2006.  Good cause having been presented to the court and

20   GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21        Plaintiff is granted thirty days from the date of service of this order in which to file objections

22   to the findings and recommendations.

23   IT IS SO ORDERED.

24   **Dated:    August 16, 2006**              **/s/ Sandra M. Snyder**
     b6edp0                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28