UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO B. GONZALEZ, | 1:04-cv-06483-OWW-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 7) |
| vs. | **ORDER DISMISSING ENTIRE ACTION** |
| SMITH, et al., | **ORDER DENYING MOTION TO DISMISS** (Doc. 14) |
| Defendants. | |

Mario B. Gonzalez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 10, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On March 30, 2006, the United States Postal Service returned the Findings and Recommendations served on Plaintiff as undeliverable. On April 14, 2006, the Court re-served Plaintiff

1

1  with the Findings and Recommendations.  On May 3, 2006 and July
2  19, 2006, respectively, Plaintiff filed a Motion for Extension of
3  Time.  On June 6, 2006 and August 17, 2006, respectively, the
4  Court granted Plaintiff an additional thirty (30) days within
5  which to respond.  On September 14, 2006, Plaintiff filed a
6  Motion to Dismiss, without prejudice.  To date, Plaintiff has not
7  filed objections to the Magistrate Judge's Findings and
8  Recommendations.

9      In accordance with the provisions of 28 U.S.C.
10 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
11 de novo review of this case.  Having carefully reviewed the
12 entire file, the Court finds the Findings and Recommendations to
13 be supported by the record and by proper analysis.

14     Accordingly, IT IS HEREBY ORDERED that:
15     1.   The Findings and Recommendations, filed March 10, 2006,
16 are ADOPTED IN FULL;
17     2.   This action is DISMISSED in its entirety; and,
18     3.   Plaintiff's Motion to Dismiss, filed September 14,
19 2006, is DENIED as MOOT.
20     4.   The Clerk of Court is DIRECTED to enter Judgment in
21     accordance with this Order.
22 IT IS SO ORDERED.

23 **Dated:   October 25, 2006**          **/s/ Oliver W. Wanger**
   emm0d6                                 UNITED STATES DISTRICT JUDGE

2